IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHERYL BOLDEN, individually and on behalf of all others similarly situated**            **PLAINTIFF**

v.            Case No. 4:19-cv-00802-KGB

**SHARON CALLAHAN**            **DEFENDANT**

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered on this date, it is considered, ordered, and adjudged that plaintiff Cheryl Bolden's complaint is dismissed (Dkt. No. 1). The Court denies the requested relief.

It is so ordered this 31st day of March, 2022.

_____
Kristine G. Baker
United States District Judge